| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Marc G. Alster, LLC<br>Two University Plaza, Suite 311<br>Hackensack, New Jersey 07601<br>(201) 883-1190<br>Attorney for debtor | Order Filed on November 3, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KATHIUSKA VERA TUDELA | Case No: 11-30865<br>Chapter: 13<br>Hearing Date: 11/10/16<br>Judge: JKS |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER** (specify) _____

> Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 3, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) __168 Randolph Avenue__
   __Jersey City, New Jersey 07305__

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: __"MERS" Mortgage Electronic Registration Systems, Inc.__
   b. Current Assignee: __N/A__
   c. Current Servicer: __Ocwen Loan Servicing__
   d. Date of Mortgage/Lien: __November 8, 2005__
   e. Date of Recordation: __December 10, 2005__
   f. Place of Recordation: __Hudson County Register of Deeds__
      i. Mortgage Book: __13741__
      ii. Page: __121__
   g. Original Principal Balance of Mortgage/Lien: $ __55,000.00__

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev. 8/1/15*