| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Marc G. Alster, LLC<br>Two University Plaza, Suite 311<br>Hackensack, New Jersey 07601<br>(201) 883-1190<br>Attorney for debtor | Order Filed on November 3, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KATHIUSKA VERA TUDELA | Case No:  11-30865<br>Chapter:  13<br>Hearing Date:  11/10/16<br>Judge:  JKS |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**      ☐ **LIEN**      ☐ **OTHER** (specify) _____

> Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 3, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**NOTE TO RECORDING OFFICER**: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address)  168 Randolph Avenue
   Jersey City, New Jersey 07305

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder:  "MERS" Mortgage Electronic Registration Systems, Inc.
   b. Current Assignee: N/A
   c. Current Servicer: Ocwen Loan Servicing
   d. Date of Mortgage/Lien: November 8, 2005
   e. Date of Recordation: December 10, 2005
   f. Place of Recordation: Hudson County Register of Deeds
      i. Mortgage Book: 13741
      ii. Page: 121
   g. Original Principal Balance of Mortgage/Lien: $ 55,000.00

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*