| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Law Offices of Marc G. Alster, LLC<br>Two University Plaza, Suite 311<br>Hackensack, New Jersey 07601<br>(201) 883-1190<br>Attorney for debtor | Order Filed on November 3, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KATHIUSKA VERA TUDELA | Case No: 11-30865<br>Chapter: 13<br>Hearing Date: 11/10/16<br>Judge: JKS |

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ **MORTGAGE**   ☐ **LIEN**   ☐ **OTHER** (specify) _____

Recommended Local Form:   ☒ Followed   ☐ Modified

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 3, 2016**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

<u>NOTE TO RECORDING OFFICER</u>: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) __168 Randolph Avenue__
   __Jersey City, New Jersey 07305__

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: __"MERS" Mortgage Electronic Registration Systems, Inc.__
   b. Current Assignee: __N/A__
   c. Current Servicer: __Ocwen Loan Servicing__
   d. Date of Mortgage/Lien: __November 8, 2005__
   e. Date of Recordation: __December 10, 2005__
   f. Place of Recordation: __Hudson County Register of Deeds__
      i. Mortgage Book: __13741__
      ii. Page: __121__
   g. Original Principal Balance of Mortgage/Lien: $ __55,000.00__

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 11-30865-JKS
Kathiuska Vera Tudela                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Nov 03, 2016
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.
db          +Kathiuska Vera Tudela,    20 Mulberry Street,    Jersey City, NJ 07305-4853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
              Ashley L. Rose    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
               cmecf@sternlav.com, nmm@kkelaw.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA dba Americas Servicing Company
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Jennifer R. Gorchow    on behalf of Creditor    Wells Fargo Bank NA nj.bkecf@fedphe.com
              Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, NA dba Americas Servicing Company
               jackerman@zuckergoldberg.com
              John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT
               kbo@kkelaw.com, nmm@kkelaw.com
              Marc G. Alster    on behalf of Debtor Kathiuska  Vera Tudela malster@alsterlaw.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                             TOTAL: 8