| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Marc G. Alster, LLC
Two University Plaza, Suite 311
Hackensack, New Jersey 07601
(201) 883-1190
Attorney for debtor

Order Filed on November 3, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

KATHIUSKA VERA TUDELA

Case No: 11-30865

Chapter: 13

Hearing Date: 11/10/16

Judge: JKS

## CHAPTER 13 ORDER AUTHORIZING CANCELLATION, VOIDING AND/OR DISCHARGE OF RECORD OF:

☒ MORTGAGE    ☐ LIEN    ☐ OTHER (specify) _____

Recommended Local Form:    ☒ Followed    ☐ Modified

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 3, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED.

The following matters are determined and hereby ORDERED:

1. The debtor(s) has successfully completed a Chapter 13 Plan, which provides for the discharge and cancellation of record of the Mortgage/Lien referenced below.

2. The debtor(s) is entitled to have the Mortgage/Lien referenced below discharged and cancelled of record.

3. Description of Real Property:
   Location (Street Address) __168 Randolph Avenue__
   __Jersey City, New Jersey 07305__

4. Description of Mortgage/Judgment Lien:
   a. Original Mortgagee/Lienholder: __"MERS" Mortgage Electronic Registration Systems, Inc.__
   b. Current Assignee: __N/A__
   c. Current Servicer: __Ocwen Loan Servicing__
   d. Date of Mortgage/Lien: __November 8, 2005__
   e. Date of Recordation: __December 10, 2005__
   f. Place of Recordation: __Hudson County Register of Deeds__
      i. Mortgage Book: __13741__
      ii. Page: __121__
   g. Original Principal Balance of Mortgage/Lien: $ __55,000.00__

5. The Mortgage/Lien referenced in this Order is hereby cancelled, voided, and/or discharged of record.

6. A certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

*Rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Kathiuska Vera Tudela  
      Debtor

Case No. 11-30865-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 03, 2016  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2016.  
db            +Kathiuska Vera Tudela,    20 Mulberry Street,    Jersey City, NJ 07305-4853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2016 at the address(es) listed below:
          Ashley L. Rose    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT cmecf@sternlav.com, nmm@kkelaw.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA dba Americas Servicing Company bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Jennifer R. Gorchow    on behalf of Creditor    Wells Fargo Bank NA nj.bkecf@fedphe.com
          Joel A. Ackerman    on behalf of Creditor    Wells Fargo Bank, NA dba Americas Servicing Company jackerman@zuckergoldberg.com
          John Philip Schneider    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13BTT kbo@kkelaw.com, nmm@kkelaw.com
          Marc G. Alster    on behalf of Debtor Kathiuska  Vera Tudela malster@alsterlaw.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                            TOTAL: 8